Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−25857−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Odell A. Hill
   1219 Roselle Street
   Linden, NJ 07036

Social Security No.:
   xxx−xx−5867

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 11, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 22
Order Granting Motion To Vacate Dismissal of Case (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/10/2018. Confirmation hearing to be held on 11/15/2018 at 10:00 AM at VFP – Courtroom 3B, Newark. Last day to Object to Confirmation 11/8/2018. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: October 11, 2018
JAN: jf

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 18-25857-VFP
Odell A. Hill                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Oct 11, 2018
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db              +Odell A. Hill,    1219 Roselle Street,    Linden, NJ 07036-2528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
      Donald C. Goins    on behalf of Debtor Odell A. Hill dcgoins1@gmail.com, G25787@notify.cincompass.com
      Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                               TOTAL: 4