UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Odell A. Hill,

Case No.: 18-25857

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __10 / 15 / 2018__ :

Property: __1219 Roselle Street, Linden NJ 07036__

Creditor: __Midfirst Bank__

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by __the debtor__, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __4/11/2019__.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*